

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-14-00146-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court No. 4 |
| DAVID AGUILAR, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20120C01490) |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is the State's motion to dismiss the appeal pursuant to TEX.R.APP.P. 42.2(a). We grant the motion and dismiss the appeal.

October 22, 2014

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, J., and Barajas, C.J. (Senior Judge)
Barajas, C.J. (Senior Judge, sitting by assignment)